[No. 61334-1-I. Division One. November 24, 2008.]

AIR INTERNATIONAL, LLC, *Plaintiff*, v. HARBOR AIRLINES ET AL., *Defendants*.

LONESOME POLECAT, LLC, *Appellant*, v. ARTHUR JOEL EISENBERG ET AL., *Defendants*, WILLIAM P. MORGAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 02-2-00682-0, Alan R. Hancock, J., entered February 4, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61364-2-I. Division One. November 24, 2008.]

RE INVESTORS, LLC, *Appellant*, v. KNOLLWOOD CONDOMINIUM ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-40553-6, Palmer Robinson, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 61653-6-I. Division One. November 24, 2008.]

KHALID HUSSAIN, *Respondent*, v. KIMBERLY RUSSO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-03625-0, Jacalyn D. Brudvik, J. Pro Tem., entered April 9, 2008. *Reversed* by unpublished per curiam opinion.

[No. 61782-6-I. Division One. November 24, 2008.]

*In the Matter of the Personal Restraint of* SIMON JEFFREY JAMES, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.